CHARLES J. WEBB et al., Appellants, *v.* WILLIAM T. PETTEN-
GILL et al., Respondents.

(Argued March 7, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the
Supreme Court in the third judicial department, entered
upon an order made November 22, 1892, which affirmed a
judgment in favor of defendants entered upon a decision of
the court on trial at Special Term.

*Otto Horwitz* and *Z. S. Westbrook* for appellants.

*W. L. Van Denbergh* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.